AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
| EDWARD THOMAS SCHINZING, | ) Case No. 3:20-mj-176 |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    EDWARD THOMAS SCHINZING

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☒ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 USC 844(f)(1) - Whoever maliciously damages or destroys, or attempts to damage or destroy, by means of fire, any building, other personal or real property in whole or in part or possessed by any institution or organization receiving Federal financial assistance, shall be imprisoned for not less than 5 years and not more than 20 years, fined under this title, or both.

Date: 07/27/2020

*Issuing officer's signature* — Jolie A. Russo

City and state:    Portland, Oregon

Jolie A. Russo, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/27/20, and the person was arrested on *(date)* 7/28/20
at *(city and state)* Portland, OR

Date: 7/28/20

*Arresting officer's signature*

Cynthia M. Chang, Special Agent / Certified Fire Investigator
*Printed name and title*