FILED 05 AUG '20 14:18 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr- 00298-SI |
| v. | **INDICTMENT** |
| EDWARD THOMAS SCHINZING, | **18 U.S.C. § 844(f)(1)** |
| Defendant. | |

### THE GRAND JURY CHARGES:

### COUNT 1
### (Arson)
### (18 U.S.C. § 844(f)(1))

On or about May 29, 2020, in the District of Oregon, defendant **EDWARD THOMAS**

**SCHINZING**, maliciously damaged a building and personal property, in whole and in part

owned and possessed by an institution receiving Federal financial assistance, that is, the County

of Multnomah and the City of Portland, by means of fire;

In violation of Title 18, United States Code, Section 844(f)(1).

Dated: August 4th, 2020

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

_____
WILLIAM M. NARUS, CASB #243633
Assistant United States Attorney

**Indictment** **Page 1**