# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00298-SI |
| v. | PROTECTIVE ORDER PERTAINING TO DISCOVERY |
| EDWARD THOMAS SCHINZING, | |
| Defendant. | |

Upon motion of the United States, this Court being advised as to the nature of this case, it is hereby:

ORDERED that pursuant to Rule 16(d)(1), Federal Rules of Criminal Procedure, counsel for defendant shall not provide defendant with copies of any discovery material produced by the government which contain:

(a)     personal identifying information of any individual, including without limitation, any individual's date of birth, social security number, address, telephone number, email address, driver's license number, professional license number, or family members' names ("Personal Information") unless it belongs to the defendant or defendant's family members or unless defense counsel first redacts the Personal Information from the discovery material; or

(b)     financial information of any individual or business, including without limitation, bank account numbers, credit or debit card numbers, account passwords, account names and contact information, account history, account balances, account

**Protective Order Pertaining to Discovery**                                                    **Page 1**

statements, tax return information, or taxpayer identification numbers ("Financial

Information") unless it belongs to the defendant or defendant's family members, or

unless defense counsel first redacts the Financial Information from the discovery

material; or

(c)    information regarding the government's confidential sources or sources of

information, including criminal histories, arrest records and summaries of information

provided to the government ("Confidential Source Information").

IT IS FURTHER ORDERED that defendant is allowed to view the unredacted discovery

in the possession of defense counsel.

IT IS FURTHER ORDERED that neither defense counsel nor defendant shall provide

any discovery material produced by the government, whether or not the material is redacted, to

any person not a party to this case without the government's express written permission, except

that defense counsel may provide discovery material, whether or not it is redacted, to members

of the defense team and to those persons who are necessary to assist counsel in preparation for

trial or other proceedings.

Dated: August 20th, 2020

    _/s/ Michael H. Simon_____
HONORABLE MICHAEL H. SIMON
United States District Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney

*s/ William M. Narus*

WILLIAM M. NARUS, CAB #243633
Assistant United States Attorney

**Protective Order Pertaining to Discovery**                    **Page 2**