ORIGINAL

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

FILED 08 SEP '20 10:23 USDC-ORP

U.S. MARSHALS SERVICE
AUG 6 '20 10:29AM

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:20-cr-00298-SI |
| | ) | |
| EDWARD THOMAS SCHINZING | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Edward Thomas Schinzing                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Arson

Date: __08/06/2020__

City and State: __Portland, OR__

_s/S. Sellers_
*Issuing officer's signature*

**S. Sellers, Deputy Clerk**
*Printed name and title*

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ |
| DATE 8/27/2020 |
| ARRESTED BY Already in custody |
| U.S. MARSHAL |
| Date: _____ |

*Arresting officer's signature*

*Printed name and title*