UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00298-SI |
| v. | ORDER FOR ENTRY OF AGREED UPON RESTITUTION |
| EDWARD THOMAS SCHINZING, | |
| Defendant. | |

Pursuant to 18 U.S.C. §§ 3663 and 3663A, the parties agree that restitution for defendant's count of conviction, arson, in violation of 18 U.S.C. § 844(f)(1), is $61,396.93.

IT IS HEREBY ORDERED that the judgment in the above-captioned case is amended to include restitution to Multnomah County, 501 SE Hawthorne Blvd., Portland, OR 97214, in the amount of $61,396.93. The Clerk of Court shall amend defendant's judgment accordingly.

IT IS FURTHER ORDERED, based on defendant's current ability to pay outlined in the presentence investigation report, that payment of the total criminal monetary penalties, including restitution, shall be as follows:

/ / /

/ / /

/ / /

Any balance at the imposition of this sentence shall be paid in monthly installments of not less than $50 or not less than 10 percent of defendant's monthly gross earnings, whichever is greater, until paid in full, to commence immediately upon release from custody.

Dated: January 10, 2022

_____
HONORABLE MICHAEL H. SIMON
United States District Judge

Presented by:

SCOTT ERIK ASPHAUG
United States Attorney

*/s/ William M. Narus*
WILLIAM M. NARUS, CAB #243633
Assistant United States Attorney